1  **CAREY D. GORDEN**
   California State Bar No. 236251
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: carey_gorden@fd.org

5  Attorneys for Luis Humberto Rivera-Diaz

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                 (HONORABLE PETER C. LEWIS)

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, ) | Case No. 08MJ8065-02 |
| )  | |
| 12              Plaintiff, ) | |
| )  | |
| 13  v.                        ) | **CERTIFICATE OF SERVICE** |
| )  | |
| 14  LUIS HUMBERTO RIVERA-DIAZ, ) | |
| )  | |
| 15              Defendant.    ) | |
| _____) | |

17     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her
18 information and belief, and that a copy of the foregoing document has been served this day upon:

                     U.S. Attorney CR
                  Efile.dkt.gc2@usdoj.gov;

                     Mark F. Adams
                  markadamsesq@yahoo.com; and

                     Linda A. King
              laking@N2.net,vbm_5562@yahoo.com

                                    Respectfully submitted,

26  DATED:     February 4, 2008          /s/ Carey D. Gorden
                                         **CAREY D. GORDEN**
27                                       Federal Defenders of San Diego, Inc.
                                         Attorneys for Luis Humberto Rivera-Diaz
28